

FILED

05/15/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 20-0260

IN THE SUPREME COURT OF THE STATE OF MONTANA

OP 20-0260

WALTER MITCHELL STEWART, JR.,

Petitioner,

v.

WARDEN PETER BLUDWORTH,
CROSSROADS CORRECTIONAL CENTER,

Respondent.

FILED

MAY 15 2020

Bowen Greenwood
Clerk of Supreme Court
State of Montana

O R D E R

Walter Mitchell Stewart, Jr., has filed a petition for a writ of habeas corpus, indicating that his incarceration is illegal. Stewart points to this Court's decision where, in March 2018, we remanded his criminal case to the Twenty-second Judicial District Court, Big Horn County, for modification of his sentence upon revocation. *State v. Stewart*, No. DA 16-0246, 2018 MT 52N, ¶ 11, 2018 Mont. LEXIS 63. It is not readily apparent whether Stewart's sentence has since been modified. Therefore, upon review of his petition, we deem it appropriate to require a response.

IT IS ORDERED that the Attorney General or counsel for the Department of Correction is GRANTED thirty days from the date of this Order in which to prepare, file, and serve a written response to the petition for writ of habeas corpus together with appropriate documentary exhibits, such as sentence calculations, and legal memorandum in support.

The Clerk of the Supreme Court is directed to provide a copy of this Order to the Attorney General; to counsel for the Department of Corrections; and to Petitioner personally.

DATED this 15th day of May, 2020.

_____
Justice